### M. C. KISER CO. et al. v. GEORGIA COTTON OIL CO. et al.

(Circuit Court of Appeals, Fifth Circuit. October 29, 1913.)

#### No. 2,556.

BANKRUPTCY (§ 126*)—APPOINTMENT OF TRUSTEE—DISAPPROVAL BY COURT.

Where the referee and judge concur in disapproving the selection of a trustee, made by the creditors as authorized by general orders in bankruptcy No. 13 (89 Fed. vii, 32 C. C. A. xvii), their action will be sustained, unless an abuse of discretion is shown.

[Ed. Note.—For other cases, see Bankruptcy, Cent. Dig. §§ 182, 184, 187; Dec. Dig. § 126.*]

Petition to Superintend and Revise Proceedings from the District Court of the United States for the Southern District of Georgia; Emory Speer, Judge.

Petition in bankruptcy to superintend and revise an order of the District Court. Petition denied.

John R. L. Smith, of Macon, Ga., for petitioners.
Malcolm D. Jones, of Macon, Ga., for respondent.

Before PARDEE and SHELBY, Circuit Judges, and FOSTER, District Judge.

PER CURIAM. General Order in Bankruptcy 13 (89 Fed. vii, 32 C. C. A. xvii) provides that:

"The appointment of a trustee by the creditors shall be subject to be approved or disapproved by the referee or by the judge."

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

In this case it appears that both the referee and the judge disapproved of the choice of the creditors for trustee. Under the facts as presented, we are not prepared to say that the discretion vested under the above rule was improperly exercised. See Collier on Bankruptcy (8th Ed.), pp. 886–889, and cases there cited.

The petition for a review is denied.